IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~SOUTHERN~~ NORTHERN DIVISION

RECEIVED
2007 JUN 15 P 3:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| RUBY CARR, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO.: 2:07cv532-MHT |
| ALABAMA DEPARTMENT OF YOUTH SERVICES, | ) |
| Defendant. | ) |

## CONFLICT DISCLOSURE STATEMENT
## FOR THE UNITED STATES MIDDLE DISTRICT COURT OF ALABAMA

The plaintiff's counsel, Guy D. Chappell III, P.C. hereby certifies and states that Guy D. Chappell III, is the only partner of the above listed Firm and that Guy D. Chappell III is currently listed as Of Counsel to the Firm, Roberts and Fish, P.C. said Firm consisting of the following lawyers: Scott M. Roberts, Michael I. Fish, Kris D. Burbank, Perry Jackson and Ira Taylor. Guy D. Chappell III, is also affiliated with Honorable Michael G. Graffeo, current Alabama Circuit Court Judge for the 10th Judicial Circuit and is handling cases from Judge Graffeo's previous law practice.

Guy D. Chappell III
Counsel for Plaintiff

Of counsel:
GUY D. CHAPPELL III, P.C.
3100 Independence Drive, Suite 200
Birmingham, AL 35209
Telephone: (205) 871-7979
Facsimile: (205) 871-7175