AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ District of _____ ALABAMA _____

RUBY CARR

V.

ALABAMA DEPARTMENT OF
YOUTH SERVICES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-00532-MHT

TO: (Name and address of Defendant)

Alabama Department of Youth Services
P. O. Box 66
Mt. Meigs, AL 36057

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Guy D. Chappell, III
Guy D. Chappell III, PC
3100 Independence Drive
Suite 200
Birmingham, AL 35209
(205) 871-7979
Fax: 871-7175

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE    June 18, 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                 *Signature of Server*

                                   *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

7006 2150 0005 2648 7225

Postage: $ .80
Certified Fee: 2.65
Return Receipt Fee (Endorsement Required): 2.15
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $ 5.60

2:07cv532-MHT
6-18-07
Postmark Here

Sent To: Alabama Dept of [Services]
Street, Apt No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006       See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.