IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
___NORTHERN___ DIVISION

Ruby Carr
_____,
    Plaintiff,

v.

AL. Dept. of Youth Svcs
_____,
    Defendants,

CASE NO. 2:07-CV-532-MHT

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Ruby Carr, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [■] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

6/19/07
Date

(Signature)

Guy D Chappell III
(Counsel's Name)

Ruby Carr
Counsel for (print names of all parties)

3100 Independence Drive; Suite 200
Birmingham, Alabama 35209
Address, City, State Zip Code

205-871-7979
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Guy D. Chappell III, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail and U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 19TH day of June, 2007, to:

BILL SAMFORD

DEPARTMENT OF YOUTH SERVICES

POST OFFICE BOX 66

MT. MEIGS, ALABAMA 36057

6/19/07
Date

_____
Signature