**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **Alabama Dept. of Youth Services**
    **Post Office Box 66**
    **Mt. Meigs, Alabama  36057**

2:07cv532-MHT (Cmp/Sm 20 Dys)

2. Article Number
   (Transfer from service label)

   7006 2150 0005 2648 7225

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Cyndi Thomas     ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Cyndi Thomas                    6/19/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☑ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes