IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RUBY CARR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No 2:07-cv-532-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES | ) ) | |
| | ) | |
| Defendant. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Alabama Department of Youth Services, the Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ☐  This party is an individual, or
    ☒  This party is a governmental entity, or
    ☐  There are no entities to be reported, or
    ☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted

TROY KING
ATTORNEY GENERAL

s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: 3985-R67T
Deputy Attorney General
Alabama Dept of Youth Services
Post Office Box 66

Mt. Meigs, AL 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 31ST day of August, 2007, I electronically filed the forgoing **CONFLICT DISCLOSURE STATEMENT**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guy D. Chappell III
3100 Independence Drive; Suite 200
Birmingham, AL 35209

s/T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Deputy Attorney General
Alabama Department of Youth Services