IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RUBY CARR, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv532-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion to dismiss (Doc. No. 6) is denied. The issues raised by the motion are better dealt with on summary judgment after discovery.

DONE, this the 3rd day of October, 2007.

                                   /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE