IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RUBY CARR,           )<br>                     )<br>    Plaintiff,    )<br>                     )           CIVIL ACTION NO.<br>    v.               )             2:07cv532-MHT<br>                     )<br>ALABAMA DEPARTMENT OF)<br>YOUTH SERVICES,      )<br>                     )<br>    Defendant.       ) | |

ORDER

It is ORDERED that the motion to add parties and amend complaint (Doc. No. 15) is granted. The court assumes that defendant has no objection to the allowance of the addition and amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 27th day of November, 2007.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　  UNITED STATES DISTRICT JUDGE