IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RUBY CARR, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv532-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| YOUTH SERVICES; et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for extension of time to answer (Doc. No. 17) is granted.

DONE, this the 19th day of December, 2007.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE