| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Beth Pitts   C. Date of Delivery: 1/4/08 |
| 1. Article Addressed to:<br><br>T. Dudley Perry, Jr.<br>Deputy Attorney General<br>AL Department of Youth Services<br>PO Box 66<br>Montgomery, AL 36057<br><br>07cv532 S, C + And Cmp | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7006 2150 0005 2648 6839 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540