**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **RUBY CARR,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.: 2:07cv532-MHT** |
| | ) | |
| **STATE OF ALABAMA DEPARTMENT** | ) | |
| **OF YOUTH SERVICES; J. WALTER** | ) | |
| **WOOD, Jr., INDIVIDUALLY AND AS** | ) | |
| **EXECUTIVE DIRECTOR OF THE** | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **YOUTH SERVICES; TROY KING AS** | ) | |
| **ATTORNEY GENERAL OF THE** | ) | |
| **STATE OF ALABAMA; T. DUDLEY** | ) | |
| **PERRY JR., INDIVIDUALLY AND IN** | ) | |
| **HIS CAPACITY AS, DEPUTY** | ) | |
| **ATTORNEY GENERAL; AND TRACY** | ) | |
| **SMITHERMAN, INDIVIDUALLY** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## <u>NOTICE OF APPEARANCE</u>

**COME NOW** H. Lewis Gillis, Frederic A. Bolling, and Roslyn Crews, of Thomas, Means, Gillis & Seay, P.C., and hereby enter their appearance as counsel on behalf of Defendants Alabama Department of Youth Services, J. Walter Wood, Jr., Troy King, T. Dudley Perry, Jr. and Tracy Smitherman. Counsel respectfully request that any and all documents pertaining to these Defendants be served on counsel and otherwise brought to their attention.

Respectfully Submitted,

__s/H. Lewis Gillis_____
**FREDERIC A. BOLLING  (BOL 030)**
**ROSYLN CREWS          (CRE 013)**
**H. LEWIS GILLIS        (GIL 011)**

**OF COUNSEL:**
**THOMAS, MEANS, GILLIS & SEAY, P.C.**
3121 Zelda Court
P. O. Drawer 5058
Montgomery, Alabama 36106
(334) 270-1033
(334) 260-9396 (fax)

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a copy of the foregoing has been served upon the following by filing with the CM/ECF and placing a copy of same in the United States mail, properly addressed, postage prepaid this the 28th day of January, 2008.

Guy D. Chappell III
**GUY D. CHAPPELL III, P.C**.
3100 Independence Drive, Suite 200
Birmingham, Alabama 35209


                s/ H. Lewis Gillis
                    **OF COUNSEL**