IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RUBY CARR,                      )
                                )
    Plaintiff,                  )
                                )
                                )    CIVIL ACTION NO.
    v.                          )    2:07cv532-MHT
                                )
ALABAMA DEPARTMENT OF           )
YOUTH SERVICES; et al.,         )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 24) is set for submission, without oral argument, on February 15, 2008, with all briefs due by said date.

DONE, this the 29th day of January, 2008.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**