# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **RUBY CARR,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| vs. ) | **CIVIL ACTION NO.** |
| ) | |
| STATE OF ALABAMA DEPARTMENT OF ) | **2:07cv532-MHT** |
| YOUTH SERVICES; J. WALTER WOOD, ) | |
| JR., INDIVIDUALLY AND AS EXECUTIVE ) | |
| DIRECTOR OF THE ALABAMA ) | |
| DEPARTMENT OF YOUTH SERVICES; ) | |
| TROY KING AS ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA; T. DUDLEY ) | |
| PERRY JR., INDIVIDUALLY AND IN HIS ) | |
| CAPACITY AS DEPUTY ATTORNEY ) | |
| GENERAL; AND TRACY SMITHERMAN, ) | |
| INDIVIDUALLY, ) | |
| ) | |
| **DEFENDANTS.** ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, Mark S. Boardman, of the law firm Boardman, Carr, Hutcheson & Bennett, P.C., and enters his appearance as counsel for defendant Tracy Smitherman in the above-referenced case.

*s/Mark S. Boardman*
Mark S. Boardman (asb-8572-b65m)
mboardman@boardmancarr.com
BOARDMAN, CARR, HUTCHESON
& BENNETT, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone:  (205) 678-8000
Facsimile:  (205) 678-0000

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 31, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guy D. Chappell, III
Guy D. Chappell, III, P.C.
3100 Independence Drive, Suite 200
Birmingham, Alabama 35209

Frederic Allen Bolling
Thomas Means Gillis & Seay PC
Post Office Drawer 11365
Birmingham, Alabama 35202-1365

Henry Lewis Gillis
Thomas Means Gillis & Seay PC
Post Office Drawer 5058
Montgomery, Alabama 36103-5058

Roslyn Crews
Thomas Means Gillis & Seay PA
Post Office Drawer 11365
Birmingham, Alabama 35202-1365

Thornton Dudley Perry, Jr.
Alabama Department of Youth
Services
Post Office Box 66
Mt. Meigs, Alabama 36057

                                        *s\Mark S. Boardman*
                                        Of Counsel