IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RUBY CARR, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv532-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF YOUTH SERVICES; et al., | ) ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to extend (Doc. No. 29) is granted.

(2) The motion to dismiss (Doc. No. 24) is reset for submission, without oral argument, on February 29, 2008, with all briefs due by said date.

DONE, this the 15th day of February, 2008.

                    /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE