```
       IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | | |
|---|---|---|
| RUBY CARR, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv532-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES; et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED as follows:

(1) The joint motion for leave to amend (Doc. No. 32) is granted.

(2) The uniform scheduling order (Doc. No. 13) is modified in the following respects:

   (A) The deadline for completing discovery is extended to July 31, 2008.

   (B) The deadline for the filing of dispositive motions is extended to July 31, 2008.

**(C) All other deadlines are unchanged.**

**DONE, this the 9th day of May, 2008.**

                                               /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**