IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUBY CARR, | * |
| Plaintiff, | * |
| v. | *  CASE NO.: 2:07-cv-532-MHT |
| STATE OF ALABAMA DEPARTMENT OF YOUTH SERVICES, et al., | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

**COMES NOW** R. Austin Huffaker, Jr. of the law firm of RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., and hereby enters his appearance as counsel of record for the defendants. The Undersigned requests that he be served with all future correspondence and pleadings in this matter.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
ASB-3422-F55R
Attorney for Defendants
Dept. of Youth Services, J. Walter Wood, Troy King, T. Dudley Perry, Tracy Smitherman

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

**CERTIFICATE OF FILING**

      I hereby certify that on July 18th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Guy D. Chappell, III, Esq.
    Frederic A. Bolling, Esq.
    H. Lewis Gillis, Esq.
    Roslyn Crews, Esq.
    T. Dudley Perry, Jr., Esq.
    E. Diane Gamble, Esq.
    Mark S. Boardman, Esq.

                                        /s/ R. Austin Huffaker, Jr.
                                        OF COUNSEL