IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUBY CARR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CASE NO.: 2:07-cv-532-MHT |
| | * |
| STATE OF ALABAMA DEPARTMENT | * |
| OF YOUTH SERVICES, et al., | * |
| | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

**COMES NOW** Bethany L. Bolger of the law firm of RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., and hereby enters her appearance as additional counsel of record for the defendants. The Undersigned requests that she be served with all future correspondence and pleadings in this matter.

　　　　　　　　　　　　　　　　　　　　/s/ Bethany Bolger
　　　　　　　　　　　　　　　　　　　　R. AUSTIN HUFFAKER, JR.
　　　　　　　　　　　　　　　　　　　　ASB-3422-F55R
　　　　　　　　　　　　　　　　　　　　BETHANY L. BOLGER
　　　　　　　　　　　　　　　　　　　　ASB-6740-E60B
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　　Dept. of Youth Services, J. Walter Wood,
　　　　　　　　　　　　　　　　　　　　Troy King, T. Dudley Perry, Tracy
　　　　　　　　　　　　　　　　　　　　Smitherman

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

## CERTIFICATE OF FILING

      I hereby certify that on July 18th, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guy D. Chappell, III, Esq.
Frederic A. Bolling, Esq.
H. Lewis Gillis, Esq.
Roslyn Crews, Esq.
T. Dudley Perry, Jr., Esq.
E. Diane Gamble, Esq.
Mark S. Boardman, Esq.

_____
OF COUNSEL