IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUBY CARR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-532-MHT |
| | * |
| STATE OF ALABAMA DEPARTMENT | * |
| OF YOUTH SERVICES, et al., | * |
| | * |
| Defendants. | * |

## EXHIBIT LIST

**COME NOW** the Defendants, by and through the undersigned counsel, and hereby identify the following exhibits that he may use at the trial of this case:

1. State Personnel Board Rule, 670-X-19.01
2. DYS Grievance Policy 3.13.1
3. DYS Policy, 3.12.1
4. 1/23/06 Memorandum from Carr to Smitherman re Property Inventory
5. 3/23/06 Post-It Note re Shredding
6. 3/23/06 Memorandum from Carr to Smitherman re Gateway Laptop Computer
7. 3/31/06 Memorandum from Smitherman to Carr re Carr's 3/23/06 Memorandum
8. 4/7/06 Letter of Grievance
9. 4/13/06 Audiotape of meeting b/w Smitherman and Carr
10. 4/13/06 Transcript of 4/13/06 meeting
11. 4/13/06 Cover Page
12. 4/17/06 Email from Tracy Smitherman to Carr re SACS boxes
13. 4/19/06 Memorandum from Smitherman to Carr re Letter of Grievance

14. 4/26/06 Email from Carr to Smitherman re SACS boxes

15. 4/27/06 Written Warning to Carr

16. 5/1/06 Written Reprimand to Carr

17. Audio recording of telephone message

18. 5/8/06 Continuous Letter of Grievance

19. 5/9/06 Continuous Letter of Grievance

20. 5/10/06 Memorandum from Smitherman to Carr re SACS boxes

21. 5/10/06 Memorandum from Carr to Smitherman re response to Smitherman 5/10/06 memo

22. Handwritten memorandum from Smitherman to Carr re drafting of award memos

23. 5/12/06 Memo from Smitherman to Dr. John Stewart re termination of Carr

24. 5/12/06 Letter from Walter Wood to Carr re Fact Finding hearing will be on 5/16/06

25. 5/16/06 Transcript and exhibits from Fact-Finding Hearing

26. 6/15/06 Memorandum from Tim Davis to Walter Wood re Fact Finding Hearing

27. 6/23/06 Letter terminating Carr's employment

28. 6/30/06 Carr's Notice of Appeal of employment termination

29. 12/7/06 EEOC Charge

30. 12/14/06 Letter from Jackie Graham to Carr re ALJ Report

31. 12/14/06 ALJ Recommended Order To the State Personnel Board

32. Transcript for ALJ Hearing, with exhibits

33. 1/11/07 Carr Letter to Jackie Graham re objection

34. 1/24/07 Letter from Dudley Perry to Jackie Graham re Carr's Objection

35. 2/14/07 State Personnel Board Finding

36. 3/20/07 EEOC Right to Sue Letter

37. Personnel File (complete copy, stamped)

38. 2/17/05 Letter from Walter Wood to Tim Davis re Ruby Carr

39. 2/23/05 Memorandum from Debra Spann to Connie Rich re Restoring Carr's leave

40. 8/24/05 Employee Performance Appraisal

41. 3/17/05 EEOC Charge

42. 10/11/05 EEOC Settlement Agreement

43. 11/9/05 Letter and Check to Norman Hurst

44. 3/20/06 Performance Pre-Appraisal

45. All Exhibits Identified on the other parties' Exhibit Lists, including the Plaintiff's Exhibit List.

46. All Exhibits necessary in rebuttal.

47. All Exhibits disclosed during any future depositions and discovery in the case

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
ASB-3422-F55R
BETHANY L. BOLGER
ASB-6740-E60B
Attorney for Defendants
Dept. of Youth Services, J. Walter Wood, Troy King, T. Dudley Perry, Tracy Smitherman

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

**CERTIFICATE OF FILING**

    I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Guy D. Chappell, III, Esq.
  Frederic A. Bolling, Esq.
  H. Lewis Gillis, Esq.
  Roslyn Crews, Esq.
  T. Dudley Perry, Jr., Esq.
  E. Diane Gamble, Esq.
  Mark S. Boardman, Esq.

    /s/ R. Austin Huffaker, Jr.
    OF COUNSEL