**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| RUBY CARR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-532-MHT |
| | * |
| STATE OF ALABAMA DEPARTMENT | * |
| OF YOUTH SERVICES, et al., | * |
| | * |
| Defendants. | * |

**DEFENDANTS' WITNESS LIST**

**COME NOW** the Defendants, by and through the undersigned counsel, and hereby identify the following individuals that they may call as a witness in the case:

**Expected to Be Present**

1. Ruby Carr
   c/o Guy D. Chappell, III, Esq.
   3100 Independence Drive, Suite 200
   Birmingham, AL 35209
   205-871-7979

2. Tracy Smitherman
   c/o R. Austin Huffaker, Jr., Esq.
   184 Commerce Street
   Montgomery, AL 36104
   334-206-3126

3. Dr. John Stewart
   c/o R. Austin Huffaker, Jr., Esq.
   184 Commerce Street
   Montgomery, AL 36104
   334-206-3126

4. J. Walter Wood (Executive Director)
   c/o R. Austin Huffaker, Jr., Esq.
   184 Commerce Street
   Montgomery, AL 36104

       334-206-3126

## May Call If Needed

5.    Tim Davis (Deputy Director & Hearing Officer)
      c/o R. Austin Huffaker, Jr., Esq.
      184 Commerce Street
      Montgomery, AL 36104
      334-206-3126

6.    Hon. Troy King
      Attorney General, State of Alabama
      11 South Union Street, Third Floor
      Montgomery, AL 36130
      334-242-7300

7.    T. Dudley Perry, Jr, Esq.
      Ala. Dept. of Youth Services
      Post Office Box 66
      Mt. Meigs, AL 36057
      334-215-3872

8.    Julia Weller, Esq.
      Alabama, State Personnel Dept.
      300 Folsom Administrative Building
      64 North Union Street
      Montgomery, AL 36130
      334-242-3451

9.    Jackie Graham, Director
      Alabama, State Personnel Dept.
      300 Folsom Administrative Building
      64 North Union Street
      Montgomery, AL 36130
      334-242-3451

10.   Joe N. Dickson
      Alabama, State Personnel Dept.
      300 Folsom Administrative Building
      64 North Union Street
      Montgomery, AL 36130
      334-242-3451

11.   John McMillan
      Alabama, State Personnel Dept.

        300 Folsom Administrative Building
        64 North Union Street
        Montgomery, AL 36130
        334-242-3451

12.    Joyce O'Neal
        Alabama, State Personnel Dept.
        300 Folsom Administrative Building
        64 North Union Street
        Montgomery, AL 36130
        334-242-3451

13.    Ellen McNair
        Alabama, State Personnel Dept.
        300 Folsom Administrative Building
        64 North Union Street
        Montgomery, AL 36130
        334-242-3451

14.    James H. Anderson
        Alabama, State Personnel Dept.
        300 Folsom Administrative Building
        64 North Union Street
        Montgomery, AL 36130
        334-242-3451

15.    Custodian of Records
        Alabama, State Personnel Dept.
        300 Folsom Administrative Building
        64 North Union Street
        Montgomery, AL 36130
        334-242-3451

16.    Frederick Grant
        Ala. Dept. of Youth Services
        Post Office Box 66
        Mt. Meigs, AL 36057
        334-215-3872

17.    Phyllis Rankins
        Ala. Dept. of Youth Services
        Post Office Box 66
        Mt. Meigs, AL 36057
        334-215-3872

18. Shelia Turner
 Ala. Dept. of Youth Services
 Post Office Box 66
 Mt. Meigs, AL 36057
 334-215-3872

19. Yolanda Kelly
 Ala. Dept. of Youth Services
 Post Office Box 66
 Mt. Meigs, AL 36057
 334-215-3872

20. All Individuals identified on the Witness Lists filed by the other parties to this action, including the Plaintiff, which are adopted and incorporated herein.

21. All Witnesses Necessary in Rebuttal

22. All individuals who have given testimony in this case.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
ASB-3422-F55R
BETHANY L. BOLGER
ASB-6740-E60B
Attorney for Defendants
Dept. of Youth Services, J. Walter Wood, Troy King, T. Dudley Perry, Tracy Smitherman

**OF COUNSEL:**

**RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

4

## CERTIFICATE OF FILING

      I hereby certify that on July 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guy D. Chappell, III, Esq.
Frederic A. Bolling, Esq.
H. Lewis Gillis, Esq.
Roslyn Crews, Esq.
T. Dudley Perry, Jr., Esq.
E. Diane Gamble, Esq.
Mark S. Boardman, Esq.

                                            /s/ R. Austin Huffaker, Jr.
                                            OF COUNSEL