```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

        MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| RUBY CARR,                        ) | |
|     Plaintiff,                   ) | |
|                                   ) | CIVIL ACTION NO. |
| v.                                ) | 2:07cv532-MHT |
|                                   ) | |
| ALABAMA DEPARTMENT OF             ) | |
| YOUTH SERVICES; et al.,           ) | |
|                                   ) | |
|     Defendants.                  ) | |

## ORDER

It is ORDERED as follows:

(1) The motion to extend deadlines and continue trial (Doc. No. 37) is granted.

(2) The uniform scheduling order (Doc. No. 13) is amended as follows:

    (A) The pretrial is reset for October 28, 2008, at 10:00 a.m.

    (B) The trial is reset for the term of court beginning on December 8, 2008.

    **(3) All deadlines in the uniform scheduling order that are tied to these two dates are adjusted accordingly.**

**DONE, this the 1st day of August, 2008.**

                            <u>/s/ Myron H. Thompson</u>
                            **UNITED STATES DISTRICT JUDGE**