IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RUBY CARR, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv532-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES; et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 40) is set for submission, without oral argument, on August 15, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 1st day of August, 2008.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE