IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RUBY CARR,                     )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )    2:07cv532-MHT
                               )
ALABAMA DEPARTMENT OF          )
YOUTH SERVICES; et al.,        )
                               )
    Defendants.                )
```

CORRECTED ORDER

It is ORDERED as follows:

(1) The motion to extend deadlines and continue trial (Doc. No. 37) is granted.

(2) The uniform scheduling order (Doc. No. 13) is amended as follows:

    (A) The pretrial is reset for October 28, 2008, at 10:00 a.m.

    (B) The trial is reset for the term of court beginning on December 1, 2008.

  (3) All deadlines in the uniform scheduling order that are tied to these two dates are adjusted accordingly.

DONE, this the 1st day of August, 2008.

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**