**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| RUBY CARR, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.: 2:07-cv-532-MHT |
| | * |
| STATE OF ALABAMA DEPARTMENT | * |
| OF YOUTH SERVICES, et al., | * |
| | * |
| Defendants. | * |

## NOTICE OF APPEARANCE

**COMES NOW** T. Grant Sexton, Jr. of the law firm of RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A., and hereby enters his appearance as additional counsel of record for the defendants. All future correspondence, pleadings, notices and/or inquires should be directed to the address and telephone number listed below.

Respectfully submitted this 19th day of August 2008.

                                                                  */s/ T. Grant Sexton, Jr.*
                                                                  R. AUSTIN HUFFAKER, JR.  (ASB-3422-F55R)
                                                                  BETHANY L. BOLGER     (ASB-6740-E60B)
                                                                  T. GRANT SEXTON, JR.  (ASB-0915-S40S)
                                                                  Attorney for Defendants
                                                                   Dept. of Youth Services, J. Walter Wood, Troy King, T. Dudley Perry, Tracy Smitherman

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
Post Office Box 270
Montgomery, AL 36101-0270
334/206-3126 (telephone)
334/481-0815 (facsimile)

## CERTIFICATE OF FILING

      I hereby certify that on August 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Guy D. Chappell, III, Esq.
Frederic A. Bolling, Esq.
H. Lewis Gillis, Esq.
Roslyn Crews, Esq.
T. Dudley Perry, Jr., Esq.
E. Diane Gamble, Esq.
Mark S. Boardman, Esq.

                                            */s/ T. Grant Sexton, Jr.*
                                            OF COUNSEL