IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RUBY CARR,                       )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )      2:07cv532-MHT
                                 )
ALABAMA DEPARTMENT OF            )
YOUTH SERVICES; et al.,          )
                                 )
     Defendants.                 )
```

ORDER

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. No. 83) are overrulled.

(2) The magistrate judge's recommendation (Doc. No. 80) is adopted.

(3) Defendants' motion to strike (Doc. No. 77) is denied.

(4) Defendants' motion for summary judgment (Doc. No. 40) is denied as to plaintiff's breach-of-

   contract claim against defendant Alabama Department of Youth Services and said motion is granted in all other respect.

(5) Summary judgment is entered in favor defendants and against plaintiff except as to plaintiff's breach-of-contract claim against defendant Alabama Department of Youth Services.

(6) All defendants except the Alabama Department of Youth Services are dismissed.

(7) Plaintiff's breach-of-contract claim against defendant Alabama Department of Youth Services will go to trial.

DONE, this the 31st day of March, 2009.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE