IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RUBY CARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv532-MHT |
| | )             (WO) |
| DEPARTMENT OF YOUTH | ) |
| SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is presently set for trial on May 11, 2009.  The plaintiff seeks to subpoena witnesses for trial.  According, it is

**IT IS HEREBY ORDERED** that the requested subpoenas be issued for the following:

**Queen Barker, Dr. John Stewart, Dudley Perry, Shelia Turner, and Tim Davis.**

Plaintiff is advised that it is her responsibility to provide the Clerk of the Court the addresses of **all** witnesses to be subpoenaed.  The plaintiff is further advised that Rule 45(c) requires that each of her subpoenas must be accompanied by a witness fee ($40 per day), a subsistence fee ($109 per day) if overnight stay is required, and mileage (at 55 cents per mile each way), or it need not be obeyed.  The witnesses will be so informed by the subpoenas.  It is plaintiff's responsibility to provide that money to the clerk's office for tender with the subpoenas.

The Clerk is DIRECTED to provide this order to the plaintiff by both certified mail and First Class mail.

Done, this 27th day of April, 2009.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        CHIEF UNITED STATES MAGISTRATE JUDGE