IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RUBY CARR,                        )
                                  )
    Plaintiff,                    )
                                  )   CIVIL ACTION NO.
    v.                            )   2:07cv532-MHT
                                  )        (WO)
ALABAMA DEPARTMENT OF             )
YOUTH SERVICES,                   )
                                  )
    Defendant.                    )
```

## JUDGMENT

Summary judgment having been granted in favor of defendants except as to plaintiff's breach-of-contract claim against defendant Alabama Department of Youth Services, Carr v. Alabama Department of Youth Services, 2009 WL 903280 (M.D. Ala. 2009), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's motion for voluntary dismissal (Doc. No. 104) is granted as to the one remaining claim in this case, the breach-of-contract claim against defendant Alabama Department of Youth Services.

(2) The one remaining claim in this case, the breach-of-contract claim against defendant Alabama Department of Youth Services, is dismissed.

(3) All other pending motions are denied as moot, and all other pending objections are overruled as moot.

(4) The court assumes that none of the parties has any objection to this judgment.  However, if they do, they must file the objection, or a motion for reconsideration, within seven days from the date of this judgment.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of May, 2009.

                                                  /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE